UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ALLERGAN, INC.,**

    **Plaintiff,**

    **v.**

**UNITED STATES OF AMERICA, et al.,**

    **Defendants.**

Civil Action No. 09-1879 (JDB)

## SCHEDULING ORDER

Upon consideration of [11] the parties' joint motion to establish a briefing and argument schedule, and the entire record herein, it is hereby **ORDERED** that the motion is **GRANTED**. It is further **ORDERED** as follows:

1. Defendants shall file a combined response to the motion for preliminary injunction and dispositive motion by not later than December 11, 2009. Defendants' filing is limited to forty-five (45) pages;

2. Plaintiff shall file a combined reply in support of its motion for preliminary injunction, response to defendants' dispositive motion, and its own dispositive motion by not later than January 15, 2010. Plaintiff's filing is limited to forty-five (45) pages;

3. Defendants shall file a combined response to plaintiff's dispositive motion and reply in support of its own dispositive motion by not later than February 5, 2010. Defendants' filing is limited to thirty (30) pages;

4. Plaintiff shall file its reply in support of its dispositive motion by not later than February 19, 2010. Plaintiff's filing is limited to twenty-five (25) pages; and

5. A motions hearing is set for March 2, 2010, at 10:00 a.m. in Courtroom 8.

**SO ORDERED**.

/s/
JOHN D. BATES
UNITED STATES DISTRICT JUDGE

Date: October 22, 2009